**Order entered September 26, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01103-CR
## No. 05-18-01104-CR

### CHEVIS JOVAN ARMSTEAD, SR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-75628-Q & F15-75629-Q**

## ORDER

A review of these cases shows appellant timely filed his notices of appeal in the trial court on May 3, 2018; those notices of appeal were forwarded to this Court on September 21, 2018. On September 24, 2018, trial counsel Franklyn Mickelsen filed motions to withdraw as counsel.

We **GRANT** the September 24th motions of Franklyn Mickelsen to withdraw as counsel. We **DIRECT** the Clerk to remove Franklyn Mickelsen as appellant's attorney of record.

Because criminal defendants have a constitutional right to effective assistance of counsel on appeal, whether counsel is appointed or retained, we **ORDER** the trial court to conduct a hearing to determine whether appellant is entitled to court-appointed counsel in these appeals. If

the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeals. If the trial court finds that appellant is not entitled to court-appointed counsel, the trial court shall determine whether appellant will retain counsel to represent him in the appeals and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit a record of the hearing, including findings of fact, any orders, and any supporting documentation, to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeals to allow the trial court to comply with the order. The appeals will be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     CRAIG STODDART
JUSTICE